Opinion issued
June 3, 2010.



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-10-00435-CR

———————————

Lemuel McNeil, Appellant

V.

State
of texas,
Appellee



 



 

On Appeal from the 179th
District Court 

Harris County, Texas



Trial Court Case No. 1265506

 



 

MEMORANDUM OPINION

          Appellant,
Lemuel McNeil, applied for a pretrial writ of habeas corpus contending that his
trial in the instant case would violate double jeopardy principles.  The trial court denied the application and
the appellant filed this appeal. 
Appellant also moved for a stay of trial court proceedings pending a
decision on this appeal.  We granted the
stay.

          Appellant
contends that the State’s indictment seeking a deadly weapon finding for the
use or exhibition of a deadly weapon, namely fire, during the appellant’s
commission of the offense of arson is barred by his prior acquittal on a charge
of capital murder.  For the same legal
reasons stated in this Court’s opinion in appellant’s prior appeal of a denial
of an application for pretrial writ of habeas corpus, we overrule appellant’s
sole issue.  See Ex Parte McNeil, 223 S.W.3d 26, 29–32 (Tex. App.—Houston [1st
Dist.] 2006, pet. ref’d).  

          We    affirm the trial court’s denial of
appellant’s application for writ of habeas corpus.  We lift the stay we previously granted and
dismiss the State’s pending motion to withdraw stay as moot.

PER CURIAM

Panel consists of Chief
Justice Radack and Justices Massengale and Alcala.

Do not publish.   Tex. R. App. P. 47.2(b).